

Jonathan S. Bodner, Esq.*
jbodner@bodnerlawpllc.com
Harry M. Gutfleish, Esq., Of Counsel*
hgutfleish@bodnerlawpllc.com
*Admitted in NY and NJ

January 21, 2022

By ECF
Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

> The motion to adjourn is GRANTED. The previously scheduled hearing is rescheduled to February 7, 2022 at 3:00 p.m. The temporary restraining order currently in effect is extended February 7, 2022.
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge
> 1/24/2022

Re: Fres Co, LLC, et al. v. Gramercy Produce Inc., et al.
S.D.N.Y. Civ. Case No.: 22-cv-00333-LJL

Dear Judge Liman:

This firm represents the defendants in this matter.

A telephonic preliminary injunction hearing is scheduled for Wednesday, January 26, 2022 at 3:00 p.m. by Order To Show Cause dated January 13, 2022 (the "Order To Show Cause") *[Docket No. 15]*.

The defendants, by the undersigned, respectfully request that the January 26, 2022 hearing be adjourned to February 2nd or 3rd at 3:00 p.m., or such other date and time of the Court's earliest availability. The parties also jointly respectfully request that the Court either so-order this letter or enter a separate order extending the relief contained in the Order To Show Cause pending the adjourned hearing, as contemplated by F.R.C.P. 65(b)(2), and without any waiver by or prejudice to any party, and with any opposition papers to be filed on ECF by the defendants at least 48 hours prior to the hearing.

This adjournment request is made because my firm was retained by the defendants this week, I have been in contact with the Plaintiffs' counsel regarding the issues raised in this action, and the proposed adjournment will provide a brief period for counsel to continue to confer in efforts to narrow or resolve issues, if possible, that would be the subject of the scheduled hearing in advance thereof. This is a first adjournment request, and the Plaintiffs' counsel consents to this request. There are no other appearances presently scheduled before the Court in this matter.

Please advise of any questions, and the Court's consideration is graciously appreciated.

Respectfully submitted,

Jonathan Bodner
For the Firm

cc: Greg Brown, Esq., Plaintiffs' Counsel