```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
FRES CO, LLC and D'ARRIGO BROS. CO. OF NEW           :
YORK, INC.,                                          :
                                                     :
                        Plaintiffs,                  :
                                                     :
        -v-                                          :    22-cv-333 (LJL)
                                                     :
GRAMERCY PRODUCE INC., ANTHONY J.                    :        ORDER
VIVACQUA, SR., ANTHONY J. VIVACQUA, JR.              :
and SALVATORE V. VIVACQUA,                           :
                                                     :
                        Defendants.                  :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court retained jurisdiction over this action during the pendency of the parties' performance under the Stipulation and Order dated January 31, 2022 that settled this case. *See* Dkt. No. 29 ¶ 15. Plaintiffs have informed the Court that Defendants "have satisfied their obligations under the Stipulation and Order" and that they have no objection to the case being closed. Dkt. No. 34.

      The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: February 15, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2023